# United States Court of Appeals
## For the First Circuit

No. 21-1937

UNITED STATES OF AMERICA,

Appellee,

v.

HIRAM JOSÉ RUIZ-VALLE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 4, 2023, is amended as follows:

On page 3, line 4:  insert "we" between "however," and "vacate"

On page 4, line 20:  eliminate the space between "hearing" and the comma

On page 5, line 15: replace "months" with "months'"

On page 14, line 10:  underline "Maxwell"